**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7777**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IVAN LOWELL DECKARD, a/k/a Joseph Francis
Vale,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Rebecca B. Smith, District Judge.   (CR-95-45, CA-97-11-4)

---

Submitted:  May 28, 1998              Decided:  June 10, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ivan Lowell Deckard, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ivan Lowell Deckard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Deckard, Nos. CR-95-45; CA-97-11-4 (E.D. Va. Nov. 14, 1997). We deny Deckard's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2